JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SW GROUP, LLC, et al., <br><br> Defendants | Case No.: 2:21-cv-00761-JFW-ASx <br> *Hon. John F. Walter* <br><br> **JUDGMENT** |

Upon review of the court files, the application for default judgment, and the evidence submitted in support of the default judgment, it is hereby **ORDERED, ADJUDGED, and DECREED THAT:**

A Judgment in the amount of $33,016.40 is hereby entered against SW Group, LLC and in favor of Star Fabrics, Inc., along with interest in the amount prescribed by statute.

IT IS SO ORDERED.

Date July 16, 2021    By: _____
Hon. John F. Walter
United States District Judge

- 1 -